```
Lewis N. Nelson, State Bar No. 87954
Attorney at Law
141 Sequoyah View Drive
Oakland, California  94605-4908
Telephone:  (510) 428-2777
Facsimile:  (510) 562-8037

Attorney for Plaintiff
ORVILLE MEAUX
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORVILLE MEAUX,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NORTHWEST AIRLINES, INC.,<br>ERIC EDMUNDSON, individually<br>and as an employee of<br>Northwest Airlines, Inc.,<br>PROFESSIONAL FLIGHT<br>ATTENDANTS ASSOCIATION, and<br>DOES 1 - 20, Inclusive,<br><br>　　　　Defendants. | CASE NO. C 05-03733 SI<br><br>**STIPULATION TO ALLOW DEFENDANT PFAA ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S SUMMONS & COMPLAINT** |

Defendant Professional Flight Attendants Association's counsel has represented to Plaintiff's counsel that he is presently engaged in extended §1113 hearings with Mesaba Airlines, Inc. in bankruptcy court in Minnesota, and as a result he has requested an extension to respond to the Summons and Complaint herein until February 28, 2006.

IT IS HEREBY stipulated and agreed by and between Plaintiff, through his attorney of record, LEWIS N. NELSON, and Defendant Professional Flight Attendants Association herein through its attorney, Nicholas P. Granath, of Seham, Seham, Meltz & Petersen, L.L.P., that Defendant Professional Flight Attendants Association shall have until, and including, February 28, 2006, within which to respond to the summons and complaint on file herein against said defendant.

Dated: February 2, 2006

By _____
Nicholas P. Granath
Seham, Seham, Meltz & Petersen, LLP
Attorney for Defendant PFAA

Dated: February 2, 2006

_____
Lewis N. Nelson
Attorney for Plaintiff



IT IS SO ORDERED
Judge Susan Illston

Meaux vs. Northwest Airlines, Inc., et al., [US District Court Case No. C 05-03733 SI]
**STIPULATION TO ALLOW DEFENDANT PFAA ADDITIONAL TIME TO RESPOND - Page 2**