1    Lewis N. Nelson, State Bar No. 87954
    Attorney at Law
2    141 Sequoyah View Drive
    Oakland, California  94605-4908
3    Telephone:  (510) 428-2777
    Facsimile:  (510) 562-8037

4

5

6

7

8            UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11   ORVILLE MEAUX,            )  CASE NO. C 05-03733 SI
                            )
12          Plaintiff,         )
                            )
13           vs.           )  **SUBSTITUTION OF ATTORNEY**
                            )
14   NORTHWEST AIRLINES, INC.,     )
    ERIC EDMUNDSON, individually   )
15   and as an employee of        )
    Northwest Airlines, Inc.,     )
16   PROFESSIONAL FLIGHT         )
    ATTENDANTS ASSOCIATION, and    )
17   DOES 1 - 20, Inclusive,      )
                            )
18          Defendants.        )
                            )
19   _____ )

20       Plaintiff ORVILLE MEAUX hereby substitutes ~~DIANE R. STANTON~~,

21   Attorney at Law, of the Law Offices of Duane & Seltzer located at

22   2000 Center Street, Suite 300, Berkeley, California 94704,

23   telephone number (510) 841-8575, in place and stead of LEWIS N.

24   NELSON, Attorney at Law, of 141 Sequoyah View Drive, Oakland,

25   California 94605-4908, telephone number (510) 428-2777, as his

26   attorney of record in the above entitled action.

27   Dated:    FEBRUARY 23, 2006

28                        Orville Meaux
                          Plaintiff/Party

Law Offices of Lewis N. Nelson
141 Sequoyah View Drive
Oakland, California 94605-4908
510/428-2777  FAX 510/562-8037

1
2
3    I consent to the above substitution.
4
5    Dated:        February 13, 2006
6                                                    Lewis N. Nelson
7                                                    Law Offices of Lewis N. Nelson
                                                     Former Attorney for Plaintiff
8
9
10    I accept the above substitution.
11
12    Dated:     2/23/06
13
                                                     ~~Diane R. Stanton~~
14                                                   ~~New Attorney for Plaintiff~~
                                                     Richard P. Duane
15                                                   Duane & Seltzer
16



IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17
18
19
20
21
22
23
24
25
26
27
28

Law Offices of Lewis N. Nelson
141 Sequoyah View Drive
Oakland, California 94605-4908
510/428-2777  FAX 510/562-8037

# PROOF OF SERVICE

**Meaux v. Northwest Airlines, Inc., et al.**
**United States District Court - Northern District of California**
**Case No.: C 05-03733 SI**

I, Kay Corlett, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years and not a party to the within action. I am an employee of Duane & Seltzer, LLP and my address is 2000 Center Street, Suite 300, Berkeley, California 94704, which is located in the County of Alameda.

On February 28, 2006, I caused to be served in the manner indicated the following document(s):

## SUBSTITUTION OF ATTORNEY

on the parties involved addressed as follows:

| | |
|---|---|
| Lori A. Bowman<br>Howard Lewis Magee<br>Ogletree Deakins Nash Smoak & Stewar P.C.<br>633 West Fifth Street, Suite 5300<br>Los Angeles, CA 9007<br>Attorneys for Eric Edmundson<br>Tel:    213/438-1291<br>Fax:    213/39-9045 | Rebekka Martorano<br>Ryan & Fong<br>2379 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833<br>Attorneys for Professional Flight Attendants Assoc.<br>Tel:    916/924-1912 |
| Nicholas P. Granath<br>Seham Sham Melt & Petersen LLp<br>3050 Metro Drive, Suite 216<br>Minneapolis, MN 52425<br>Attorneys for Professional Flight Attendants Assoc.<br>Tel:    952/851-7939<br>Fax:    305/675-3983 | Lewis N. Nelson<br>Attorney at Law<br>141 Sequoyah View Drive<br>Oakland, CA 94605-4908<br>Tel:    510/428-2777<br>Fax:    510/562-8037 |

\_\_\_    **BY MAIL:** *I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Berkeley, California. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Berkeley on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this declaration.*

\_\_\_    **BY FACSIMILE:** *By use of facsimile machine telephone number (510) 845-3016, I served a copy of the within document on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 28, 2006 at Berkeley, California.

Kay Corlett