Case 3:05-cv-03733-SI  Document 24  Filed 03/02/2006  Page 1 of 2    P. 2

RICHARD P. DUANE (SBN 37880)
EUGENE S. SELTZER (SBN 58269)
DUANE & SELTZER, LLP
2000 Center Street, Suite 300
Berkeley, California 94704
Tel: (510) 841-8575
Fax: (510) 845-3016

Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF THE STATE OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ORVILLE MEAUX,<br><br>           Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., ERIC EDMUNDSON, individually and as an employee of Northwest Airlines, Inc., PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION, and DOES 1 to 20 , inclusively,<br><br>           Defendants. | Case No. C 05 03733 SI<br>/ AMENDED<br><br>Stipulation and Order Continuing Case Management Conference |

It is hereby stipulated by and between the parties that the Case Management Conference presently scheduled for March 3, 2006 at 2:30 p.m. be continued for a brief time to allow Plaintiff's new counsel, Richard P. Duane, Duane & Seltzer law firm time to become familiar with the case.

Dated: 3/1/06

Lori A. Bowman, Esq.
Attorney For Northwest Airlines and
Eric Edmondson

-1-

Stipulation and Order Continuing Case Management Conference

Dated: _March 1, 2006_                          _Nichele Mast_
                                                Rebekka Mortorano, Esq.
                                                Attorney For Professional Flight Attendants
                                                Association

Dated: _3/1/2006_                               _Deane R Stanton for_
                                                Richard P. Duane
                                                Attorney for Plaintiff

## ORDER

The Case Management Conference in this matter, presently set for March 3, 2006 at 2:30 p.m., is hereby continued.    The conference is continued to 3/31/06 @ 2 p.m.

Dated: _____                         _____
                                                Susan Illston
                                                United States District Court Judge

-2-