LORI A. BOWMAN, State Bar No. 114664
HOWARD L. MAGEE State Bar No.: 185199
OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045
lori.bowman@ogletreedeakins.com
howard.magee@ogletreedeakins.com

Attorneys for Defendant
Eric Edmundson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NORTHWEST AIRLINES, INC., ERIC EDMUNDSON, individually and as an employee of Northwest Airlines, Inc., PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION, and DOES 1 – 20, Inclusive,<br><br>　　　　　Defendants. | Case No. C 05-03733 SI<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT ERIC EDMUNDSON TO RESPOND TO THE COMPLAINT**<br><br>Action Filed: September 15, 2005<br>Trial Date: None |

1     Plaintiff Orville Meaux and Defendant Eric Edmundson ("Edmundson") agree and stipulate that the time for Eric Edmundson to respond to the complaint shall be extended from March 2, 2006 until March 16, 2006.

DATED: 3/1, 2006      LAW OFFICE OF DUANE & SELTZER

By _Duane R. Stanton for_
~~Diane Stanton~~
RICHARD P. DUANE
Attorneys for Plaintiff Orville Meaux

DATED: March 1, 2006      LORI A. BOWMAN
HOWARD L. MAGEE
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART P.C.

By _Lori A. Bowman_
Lori A. Bowman
Attorneys for Defendant Eric Edmundson

## ORDER

IT IS SO ORDERED that Defendant Eric Edmundson shall have an extension from March 2 until March 16 to respond to Plaintiff Orville Meaux's Complaint.

DATED: _____

_Susan Illston_
Susan Illston
United States District Court Judge

2959848_1.DOC

1.

STIPULATION AND ORDER TO EXTEND TIME FOR EDMUNDSON TO RESPOND TO THE COMPLAINT

## PROOF OF SERVICE

I, La Con Carter, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

On March 1, 2006, I served a copy(ies) of the following document(s): **STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT ERIC EDMUNDSON TO RESPOND TO THE COMPLAINT** on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

Diane Stanton, Esq.
DUANE & SELTZER
2000 Center Street, Suite 300
Telephone: 510.841.8575
Facsimile: 510.845.3016

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Los Angeles, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on March 1, 2006, at Los Angeles, California.

_La Con Carter_

1.
PROOF OF SERVICE

2959848_1.DOC