IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORVILLE MEAUX,

    Plaintiff,

  v.

NORTHWEST AIRLINES, INC., et al.,

    Defendants.
                                      /

No. C 05-03733 CW

ORDER

On July 6, 2006, the Court issued an Order Granting Defendant Edmundson's Motion to Dismiss and on October 11, 2006, the Court issued an Order Granting Defendant Professional Flight Attendants Association's Motion to Dismiss.  Northwest Airlines, the only remaining Defendant, filed a Notice of Bankruptcy pursuant to Chapter 11 of the Bankruptcy Code, and an automatic stay is in effect. Accordingly,

    IT IS HEREBY ORDERED that:

    1.   There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.   Nothing contained in this Order shall be considered a

1 dismissal or disposition of this action, and, should further
2 proceedings in this litigation become necessary or desirable, any
3 party may initiate it in the same manner as if this Order had not been
4 entered.

6 Dated: 10/18/06

_____
CLAUDIA WILKEN
United States District Judge